UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH KLARIN SILVERMAN, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-4553 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| ROSSMAN & CO., | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff's action against defendant is hereby dismissed with prejudice.

Respectfully submitted,

*/s/ Robert J. Fitrakis*

Robert J. Fitrakis (0076796)
FITRAKIS & GADELL-NEWTON, LLC
1021 East Broad Street
Columbus, OH  43205
Phone: (614) 307-9783
Fax: (614) 929-3513
E-Mail: fgnlegal@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically through the CM/ECF System upon Jeffrey C. Turner, Esq., 8163 Old Yankee Street, Ste. C, Dayton, OH 45458, attorney for defendant, this 30th day of October, 2020.

*/s/ Robert J. Fitrakis*

Robert J. Fitrakis (0076796)