## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RUTH KLARIN SILVERMAN,**

       **Plaintiff,**

  v.                                 **Civil Action 2:20-cv-4553**
                                       **Judge Sarah D. Morrison**
                                       **Magistrate Judge Kimberly A. Jolson**

**ROSSMAN & CO., et. al.,**

       **Defendant.**

## ORDER

The Court, on October 8, 2020, adopted the Undersigned's Order denying Plaintiff's Motion for Leave to Proceed *in forma pauperis*. (Doc. 9). On October 28, 2020, the Court ordered Plaintiff to pay the mandatory filing fee within two weeks. (Doc. 11). On October 30, 2020, Plaintiff filed a Stipulation of Dismissal with Prejudice. (Doc. 12). The Stipulation, however, is not signed by defense counsel and does not comport with this Court's Local Rules as a result. Plaintiff is **ORDERED** to file a revised stipulation of dismissal or pay the mandatory filing fee within ten (10) days of the date of this Order.

    IT IS SO ORDERED.

Date: November 2, 2020                            /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE