UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH KLARIN SILVERMAN, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:20-cv-4553 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| ROSSMAN & CO., | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendant. | : | |

REVISED STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal of this action with prejudice.  Each party is to bear their own costs and attorney fees.

Respectfully submitted,

*/s/ Robert J. Fitrakis*

Robert J. Fitrakis (0076796)
FITRAKIS & GADELL-NEWTON, LLC
1021 East Broad Street
Columbus, OH  43205
Phone: (614) 307-9783
Fax: (614) 929-3513
E-Mail: fgnlegal@gmail.com
*Attorney for Plaintiff*

*/s/ Jeffrey C. Turner*

Jeffrey C. Turner (0063154)
SURDYK, DOWD & TURNER CO., L.P.A.
8163 Old Yankee Street, Ste. C
Dayton, OH 45458
Phone: (937) 222-2333
Fax: (937) 222-1970
E-Mail: jturner@sdtlawyers.com
*Attorney for Defendant*